**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

North Carolina Alliance for Retired Americans, *et al.*,

Plaintiffs,

v.

North Carolina State Board of Elections, *et al.*,

Defendants.

**Case No. 1:26-cv-00965-WO-JGM**

**EXPEDITED CONSIDERATION REQUESTED**

# PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs, for the reasons set forth herein and in the memorandum of law filed concurrently with this motion, and as supported by the materials submitted therewith, respectfully move for a preliminary injunction on Counts I–IV of their Complaint for Declaratory and Injunctive Relief. Plaintiffs are likely to succeed on the merits of their claims and will suffer irreparable harm without a preliminary injunction, and the balance of hardships and public interest support granting Plaintiffs' motion.

Plaintiffs therefore request that the Court issue a preliminary injunction enjoining Defendants, their agents, officers, employees, and successors, and all persons acting in concert with them, from enforcing or otherwise giving any effect to the Sealing Requirement and the Signature Verification Requirement, as set forth in Revised Numbered Memo 2021-03, during the November 2026 general election and all future elections during the pendency of this proceeding.

Plaintiffs also respectfully request that the Court set an expedited briefing schedule and hearing and issue a decision as soon as possible thereafter. Absent expedited relief, Plaintiffs will continue to suffer irreparable harm, as detailed in the accompanying memorandum and supporting declarations. Under state law, North Carolina's county boards of elections are required to begin meeting weekly starting on September 29, 2026, to process absentee ballots, making expedited relief all the more necessary. *See* N.C.G.S. § 163-230.1(f).

Dated: September 28, 2026

Respectfully submitted,

*/s/ Narendra K. Ghosh*
Narendra K. Ghosh
N.C. Bar No. 37649
**PATTERSON HARKAVY LLP**
100 Europa Drive, Suite 420
Chapel Hill, NC 27217
Telephone: (919) 942-5200
nghosh@pathlaw.com

Lalitha D. Madduri*
Aria C. Branch*
Harleen K. Gambhir*
Desiree Pelletier*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave, N.W., Suite 400
Washington, D.C. 20001
Telephone: (202) 948-1135
lmadduri@elias.law
abranch@elias.law
hgambhir@elias.law
dpelletier@elias.law

Walker McKusick*
**ELIAS LAW GROUP LLP**

1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone: (202) 948-1135
wmckusick@elias.law

**Notice of Special Appearance Forthcoming*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, emailed this day to the agents/officers of the Defendants, and will be sent by FedEx on September 29, 2026, to the agents/officers of the Defendants, addressed as follows:

Tim Hoegemeyer
General Counsel
North Carolina State Board of Elections
430 N. Salisbury St., Suite 3128
Raleigh, NC 27603
tim.hoegemeyer@ncsbe.gov

Derek L. Bowens
Director
Durham County Board of Elections
3825 S. Roxboro Street, Suite 101
Durham, NC 27713
dbowens@dconc.gov

Charlie Collicutt
Director
Guilford County Board of Elections
301 W. Market St.
Greensboro, NC 27401
guilfordelections@guilfordcountync.gov

This the 28th day of September, 2026.

/s/ *Narendra K. Ghosh*