**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*,<br><br>Defendants. | **Case No. 1:26-cv-00965-TDS-JGM** |

# DECLARATION OF ALYSSA M. RIGGINS

I, Alyssa M. Riggins, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18 and am competent to make this declaration.

2. I make this declaration on personal knowledge of the facts and circumstances set forth herein.

3. I am counsel of record for Defendants North Carolina State Board of Elections, Sam Hayes, in his official capacity as Executive Director of the North Carolina State Board of Elections, Francis X. De Luca, in his official capacity as Chair of the North Carolina State Board of Elections, Stacy Eggers IV, in his official capacity as Secretary of the North Carolina State Board of Elections, Jeff Carmon, in his official capacity as Member of the North Carolina State Board of Elections, Siobhan O'Duffy Millen, in her official capacity as Member of the North Carolina State Board of Elections, and Angela

Hawkins, in her official capacity as Member of the North Carolina State Board of Elections (collectively, the "State Board Defendants").

4. On the date of this declaration, September 30, 2026, notices of appearance were filed for all counsel on behalf of the State Board Defendants. [D.E. 11-15]. Those notices of appearance were filed electronically using the CM/ECF system, which will send a copy of the same to all counsel of record in this matter.

5. Concerning those Defendants for whom no counsel has yet noticed their appearance in the matter, file-stamped copies of the State Board Defendants' notices of appearance were then printed and placed for service via U.S. Mail, to the addresses on each Defendants' respective summons as follows:

a. To the Durham County Board of Elections and its members Dawn Baxton, Pamela Oxendine, David Boone, James Weaver, and Natalie Beauchaine:

    i. c/o Derek L. Bowens, Director - Durham County Board of Elections
    3825 S. Roxboro Street, Suite 101
    Durham, North Carolina 27713

b. To the Guilford County Board of Elections and its members Carolyn Bunker, Felita Donnell, Eugene Lester, Kathryn Skeen Lindley and Peter Francis O'Connell:

    i. c/o Charlie Collicutt, Director - Guilford County Board of Elections
    301 W. Market St.
    Greensboro, NC 27401

6. A copy of this declaration has also been included in each packet for service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 30th day of September, 2026.

By: ______________________

Alyssa M. Riggins
Counsel for State Board Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 30th day of September, 2026, a true and accurate copy of the foregoing was electronically filed via the CM/ECF system which will provide a copy of the same to all counsel of record in this matter. For the Durham and Guilford County Boards of Election Defendants, a copy of the same was mailed via U.S. Mail to the addresses stated in this declaration.

Respectfully submitted this, the 30th day of September 2026.

*/s/ Alyssa M. Riggins*
Alyssa M. Riggins
N.C. State Bar No. 52366
Counsel for State Board Defendants