**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF NORTH CAROLINA**

North Carolina Alliance for Retired Americans, *et al*.,

Plaintiffs,

v.

North Carolina State Board of Elections, *et al*.,

Defendants.

**Case No. 1:26-cv-00965-TDS-JGM**

**EXPEDITED CONSIDERATION REQUESTED**

## PLAINTIFFS' MOTION FOR EXPEDITED SCHEDULING ORDER

Plaintiffs North Carolina Alliance for Retired Americans, North Carolina Asian Americans Together, Down Home North Carolina, Vaeme Afokpa, and Raquel Nelson ("Plaintiffs"), respectfully move for entry of an expedited scheduling order for briefing and further proceedings related to Plaintiffs' Motion for a Preliminary Injunction, ECF No. 5.

Plaintiffs propose the following schedule:

| **Date** | **Event** |
|---|---|
| Oct. 5, 2026 | Defendants' responses to Plaintiffs' preliminary injunction motion due |
| Oct. 7, 2026 | Plaintiffs' reply brief in support of preliminary injunction motion due |

Plaintiffs are available for oral argument at the Court's convenience as soon as the Motion for Preliminary Injunction is fully briefed. Plaintiffs respectfully request an expedited decision on the Motion for Preliminary Injunction as soon as possible thereafter.

Earlier today, Plaintiffs conferred with Defendants North Carolina State Board of Elections, Sam Hayes, Francis X. De Luca, Stacy Eggers IV, Jeff Carmon, Angela

Hawkins, and Siobhan O'Duffy Millen, each in their official capacities ("State Board Defendants"), Defendants Guilford County Board of Elections, Eugene Lester III, Carolyn Bunker, Felita Donnell, Kathryn Skeen Lindley, and Peter Francis O'Connell, each in their official capacities ("Guilford County Defendants"), and Defendants Durham County Board of Elections, David K. Boone, Pamela A. Oxendine, James P. Weaver, Dawn Y. Baxton, and Natalie F. Beauchaine, each in their official capacities ("Durham County Defendants"), to obtain their position on Plaintiffs' proposed schedule. The parties did not agree on a proposed schedule.

The State Board Defendants, Durham County Defendants, and Guilford County Defendants oppose Plaintiffs' proposed schedule and propose the following alternative schedule:

| **Date** | **Event** |
|---|---|
| Oct. 12, 2026 | Defendants' responses to Plaintiffs' preliminary injunction motion due |
| Oct. 14, 2026 | Plaintiffs' reply brief in support of preliminary injunction motion due |
| Oct. 16, 2026 | Oral argument |

Dated: September 30, 2026

Respectfully submitted,

/s/ *Aria C. Branch*

Aria C. Branch*
Lalitha D. Madduri*
Harleen K. Gambhir**
Desiree Pelletier**
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave, N.W., Suite 400
Washington, D.C. 20001
Telephone: (202) 948-1135

lmadduri@elias.law
abranch@elias.law
hgambhir@elias.law
dpelletier@elias.law

Walker McKusick**
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone: (202) 948-1135
wmckusick@elias.law

Narendra K. Ghosh
N.C. Bar No. 37649
**PATTERSON HARKAVY LLP**
100 Europa Drive, Suite 420
Chapel Hill, NC 27517
Telephone: (919) 942-5200
nghosh@pathlaw.com

**Notice of Special Appearance Filed*
***Notice of Special Appearance Forthcoming*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system and thereby delivered to all counsel of record.

This the 30th day of September, 2026.

/s/ *Aria C. Branch*