IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS et al., Plaintiffs, | ) | |
| v. | ) | 1:26cv965 |
| NORTH CAROLINA STATE BOARD OF ELECTIONS et al., Defendants. | ) | |

**ORDER**

Before the court is "Plaintiffs' motion for Expedited Scheduling Order" by Plaintiffs North Carolina Alliance for Retired Americans, North Carolina Asian Americans Together, Down Home North Carolina, Vaeme Afokpa, and Raquel Nelson. (Doc. 26.) The motion seeks an expedited schedule for consideration of Plaintiffs' motion for preliminary injunction. The court, through the clerk's office, directed Plaintiffs to meet and confer with Defendants to attempt to reach an agreed upon schedule for consideration of Plaintiffs' motion. Plaintiffs report they did so and were unable reach agreement. (Id.)

Plaintiffs filed this action on September 22, 2026 (Doc. 1) and filed their motion for preliminary injunction on September 28, 2026 (Doc. 5). The substance of their claims relate to a September 4, 2026 decision by Defendant North Carolina State Board of Elections. (Doc. 1 at 3.) They seek to have Defendants file a

response to their motion for preliminary injunction on October 5, with Plaintiffs' reply due October 7. (Doc. 26.) Defendants propose October 12 and 14, respectively. (Id.)

Having considered the motion,

IT IS ORDERED as follows:

1. Defendants shall file any responses to Plaintiffs' motion for preliminary injunction (Doc. 5) by October 9th, 2026.

2. Plaintiffs shall file any reply by October 12, 2026.

IT IS FURTHER ORDERED that this case is set for hearing on Plaintiffs' motion for preliminary injunction on **October 14, 2026, at 10:00 a.m. in Courtroom 1 in Winston-Salem.**

/s/ Thomas D. Schroeder
United States District Judge

October 1, 2026