**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF NORTH CAROLINA**

North Carolina Alliance for Retired Americans, *et al.*,

Plaintiffs,

v.

North Carolina State Board of Elections, *et al.*,

Defendants.

**Case No. 1:26-cv-00965-TDS-JGM**

**PLAINTIFFS' CONSENT MOTION TO ENLARGE WORD LIMIT FOR REPLY BRIEF**

Plaintiffs respectfully request that this Court enter an order enlarging the word limit for Plaintiffs' reply brief in support of their motion for preliminary injunction to 5,000 words. Defendants have unanimously indicated their consent to this motion.

Plaintiffs' motion for preliminary injunction raises three separate constitutional challenges to two Challenged Provisions within the revised Numbered Memo, as well as an additional federal statutory challenge as to one of the provisions. *See* ECF No. 5. The three Defendant groups and putative intervenors may collectively file up to *25,000* words of responsive briefing, on issues that may range from the procedural, such as standing and ripeness, to the substantive, such as the construction of the Civil Rights Act of 1964. The requested enlargement will permit Plaintiffs to fully respond to these issues in a manner that will aid the Court's prompt resolution of this important dispute. The extension will further assist the Court in ensuring that as many issues as possible are addressed by the parties in writing prior to the October 14, 2026 hearing on the motion for preliminary

injunction. Plaintiffs therefore respectfully submit that good cause exists for the requested enlargement and ask that the Court grant this consent motion to enlarge the word limit for their reply brief to 5,000 words.

Dated: October 8, 2026

Respectfully submitted,

/s/ Narendra K. Ghosh

Narendra K. Ghosh
N.C. Bar No. 37649
**PATTERSON HARKAVY LLP**
100 Europa Drive, Suite 420
Chapel Hill, NC 27517
Telephone: (919) 942-5200
nghosh@pathlaw.com

Lalitha D. Madduri*
Aria C. Branch*
Jacob D. Shelly*
Harleen K. Gambhir*
Desiree Pelletier**
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue, N.W., Suite 400
Washington, D.C. 20001
Telephone: (202) 948-1135
lmadduri@elias.law
abranch@elias.law
jshelly@elias.law
hgambhir@elias.law
dpelletier@elias.law

* *Notice of Special Appearance Filed*
***Notice of Special Appearance Forthcoming*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system and thereby delivered to all counsel of record.

This the 8th day of October, 2026.

/s/ *Narendra K. Ghosh*