**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

North Carolina Alliance for Retired Americans, *et al.*,

Plaintiffs,

v.

North Carolina State Board of Elections, *et al.*,

Defendants.

**Case No. 1:26-cv-00965-TDS-JGM**

# JOINT MOTION FOR SCHEDULING ORDER

Plaintiffs, Defendants, and Intervenors in the above-captioned action respectfully move for entry of a joint scheduling order tolling Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief, ECF No. 1.

On September 22, 2026, Plaintiffs filed their Complaint challenging the envelope sealing and signature verification requirements contained in revised Numbered Memo 2021-03, effective September 4, 2026. Prior to the adoption of revised Numbered Memo 2021-03, Defendant North Carolina State Board of Elections also passed revised absentee voting rules, including 08 NCAC 18 .0201 and .0501–.0505 (the "Proposed Rules"). Pursuant to N.C.G.S. § 150B-21.3(b1), the Proposed Rules may become effective in the upcoming 2027 North Carolina General Assembly session on either the 31st legislative day or the day of adjournment.

As the Proposed Rules contain provisions similar to those challenged in Plaintiffs' Complaint, Plaintiffs will likely amend their Complaint if the Proposed Rules become effective. In the interest of judicial economy, the Parties request that the Court enter the attached Proposed Scheduling Order, which vacates Defendants' December 1, 2026, deadline to respond to Plaintiffs' Complaint and orders that:

(1) Within 21 days of the North Carolina General Assembly's 31st legislative day, Plaintiffs will file either an amended complaint or a status update informing the Court that Plaintiffs intend to proceed on their original complaint;

(2) Within 30 days of service of an amended complaint or service of a status update informing the Court that Plaintiffs intend to proceed on their original complaint, Defendants will file their answers or other responsive pleadings.

The Parties respectfully request that the Court enter the attached Proposed Scheduling Order.

Dated: November 24, 2026

Respectfully submitted,

/s/ *Aria C. Branch*

Aria C. Branch*
Jacob Shelly*
Harleen K. Gambhir*
Desiree Pelletier*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave, N.W., Suite 400
Washington, D.C. 20001
Telephone: (202) 948-1135
abranch@elias.law
jshelly@elias.law
hgambhir@elias.law
dpelletier@elias.law

Narendra K. Ghosh
N.C. Bar No. 37649
**PATTERSON HARKAVY LLP**
100 Europa Drive, Suite 420
Chapel Hill, NC 27517
Telephone: (919) 942-5200
nghosh@pathlaw.com

**Notice of Special Appearance Filed*

*Counsel for Plaintiffs*

*/s/ Alyssa M. Riggins*
Phillip J. Strach (N.C. State Bar No. 29456)
Alyssa M. Riggins (N.C. State Bar No. 52366)
Cassie A. Holt (N.C. State Bar No. 56505)
Jordan A. Koonts (N.C. State Bar No. 59363)
Kacie T. England (N.C. State Bar No. 62343)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
T: (919) 329-3800
F: (919) 329-3799
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
jordan.koonts@nelsonmullins.com
kacie.england@nelsonmullins.com

*Counsel for NCSBE Defendants*

*/s/ Stephen M. Russell, Jr.*
Alan W. Duncan
N.C. State Bar No. 8736
Stephen M. Russell, Jr.
N.C. State Bar No. 35552
MULLINS DUNCAN HARRELL
& RUSSELL PLLC
300 N. Greene St., Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3320

Facsimile: 336-645-3330
aduncan@turningpointlit.com
srussell@turningpointlit.com

*Attorneys for the Guilford County Defendants*

*/s/ J. Matthew Little*
J. Matthew Little
N.C. Bar No. 20032
Megan N. Silver N.C.
Bar No. 40070
Teague, Campbell, Dennis & Gorham, LLP
Post Office Box 19207
Raleigh, North Carolina 27619
Telephone: 919-873-0166
Facsimile: 919-873-1814
mlittle@teaguecampbell.com
msilver@teaguecampbell.com

*Attorneys for the Durham County Defendants*

*/s/ John E. Branch III*
John E. Branch III
N.C. State Bar No. 32598
jbranch@bakerdonelson.com
Rachel H. Boyd
N.C. State Bar No. 56974
rboyd@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
2235 Gateway Access Pt, Suite 220
Raleigh, NC 27607
Phone: (984) 844-7900

Thomas G. Hooper
N.C. State Bar No. 25571
thooper@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
101 South Tryon Street, Suite 3600
Charlotte, NC 28280
Phone: (980) 256-6300

*Attorneys for Intervenor-Defendants Republican National Committee and North Carolina Republican Party*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system and thereby delivered to all counsel of record.

This the 24th day of November, 2026.

/s/ *Aria C. Branch*